Local MIE Form 3
(11/03)

Order of the Court to Dismiss Violation Petition/
Recall Warrant/Summons/
Request Further Action From the Court

## UNITED STATES DISTRICT COURT

### for the

### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

ANTONE, Casey Michael                              Crim. No. _____98-CR-80574-01_____

On December 14, 1998, the Court authorized a petition and warrant for supervised release violation charges.

> Due to authorities not willing to extradite offender, the age of the warrant, and no indication that the offender has returned to the United States, the probation department is recommending that the violation petition be dismissed and the warrant be recalled and that the case be closed.

Reviewed and Approved:                             Respectfully submitted,

s/Michelle D. Livingston                           s/Matthew J. Sudduth
Supervising U.S. Probation Officer                 Senior U.S. Probation Officer
(313) 234-5579                                     (313) 234-5134

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the violation petition dated December 14, 1998, be dismissed, the warrant be recalled and that the case be closed.

Dated this 9TH Day of December, 2009

s/Avern Cohn
United States District Judge

cc: DUSM
    AUSA